**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

*Filed Electronically*

| | |
|---|---|
| DAVID DOLEN <br> and <br> LISA DOLEN <br>       Plaintiffs, <br>   v. <br> TEXAS EASTERN TRANSMISSION, LP, <br> SPECTRA ENERGY OPERATING COMPANY, LLC, <br> SPECTRA ENERGY TRANSMISSION RESOURCES, LLC, <br> SPECTRA ENERGY TRANSMISSION SERVICES, LLC, <br> SPECTRA ENERGY CORP, <br> ENBRIDGE (U.S.) INC., <br> and <br> UNKNOWN DANVILLE COMPRESSOR STATION OPERATOR, <br>       Defendants. | ) <br> ) Case No. 5:20-CV-00096-JMH <br> ) <br> ) Removed from Lincoln Circuit Court <br> ) Civil Action No. 20-CI-00056 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS TEXAS EASTERN TRANSMISSION, LP, SPECTRA ENERGY OPERATING COMPANY, LLC, SPECTRA ENERGY TRANSMISSION RESOURCES, LLC, SPECTRA ENERGY TRANSMISSION SERVICES, LLC, SPECTRA ENERGY, LLC f/k/a SPECTRA ENERGY CORP, AND ENBRIDGE (U.S.) INC.'S RULE 26 INITIAL DISCLOSURES**

Pursuant to Federal Rules of Civil Procedure 26(a)(1), Defendants Texas Eastern Transmission, LP, Spectra Energy Operating Company, LLC, Spectra Energy Transmission Resources, Inc., Spectra Energy Transmission Services, LLC, Spectra Energy, LLC formerly known as Spectra Energy Corp, and Enbridge (U.S.) Inc. (collectively, "TETLP Defendants"), by counsel, submit the following initial disclosures based upon current understanding of the issues in the case and the information currently available. These disclosures do not waive any privilege, work-product protection, trade-secret protection, or other basis of protection. TETLP Defendants

reserve the right to object to production of documents or testimony based on any privilege or protection.

In addition, TETLP Defendants are prohibited from disclosing certain information based on the National Transportation Board ("NTSB") disclosure rule. *See* 49 C.F.R. § 831.13 ("[p]arties are prohibited from releasing information obtained during an investigation at any time prior to the NTSB's public release of information..."). The NTSB is currently investigating the incident that is the basis of this lawsuit and TETLP Defendants are a party to that investigation. As a party to the NTSB investigation, federal law precludes TETLP Defendants from producing information related to the incident while the investigation is pending. *See id*. Upon the release of the NTSB final report and close of its investigation and subject to its objections, TETLP Defendants will provide non-privileged, responsive information, if any, that might supplement these disclosures.

TETLP Defendants also reserve the right to supplement these disclosures as discovery progresses.

I.      **Individuals Likely to Have Discoverable Information**

Based on TETLP Defendants' current investigation, TETLP Defendants are aware of the individuals listed below. TETLP Defendants make these initial disclosures without waiving any argument concerning the relevancy or admissibility of, or proper weight to be accorded to, any of the information known by the persons listed below. TETLP Defendants thus reserve the right to object to all or any part of the testimony that may be provided by these persons.

Investigation and discovery are ongoing and TETLP Defendants may in the future identify additional persons, including third parties, who are likely to have discoverable information that TETLP Defendants may use to support their position. In that event, TETLP Defendants will

supplement these disclosures. At this time, TETLP Defendants are aware of the following individuals that may possess discovery information:

1. Plaintiffs are expected to have first-hand knowledge of (1) the incident giving rise to this action (the "Incident"); and (2) Plaintiffs' alleged injuries and damages.

2. The following are right-of-way agents who contacted area residents/landowners after the accident; these individuals may be contacted via counsel for TETLP Defendants, D. Christopher Robinson; 400 West Market Street, Floor 32, Louisville, Kentucky 40202; (502) 589-5400; crobinson@fbtlaw.com.

    - **Bianca Borden**
    - **Kyle Cook**
    - **Kevin Darbe**
    - **Vance Eggemeyer**
    - **Brad Franzese**
    - **Zane Green**
    - **Charlie Newman**
    - **Justin Phillips**
    - **Richard Thornton**
    - **Mike Wiser**

3. The following individuals (including Plaintiffs) are area residents or landowners; the addresses listed (when known) are each individual's last known address:

    - **Rebecca (Becky) Alford**
      225 Indian Camp Road
      Stanford, KY 40484

    - **Grant Alford**
      225 Indian Camp Road
      Stanford, KY 40484

    - **Doug Alsman**
      Address not known.

    - **Joshua Best**
      Address not known.

    - **Bob Bosley**
      Address not known.

    - **Steve Caton**
      P.O. Box 214

3

Harrodsburg, KY 40330

- **James Coleman**
  Address not known.

- **Anna Connelly, Jessica Connelly, Logan Connelly, Robert Connelly, Jr., and Robert Connelly Sr.**
  301 Indian Camp Road
  Stanford, KY 40484

- **Donald Coulter**
  **10 Indian Camp Road**
  **Stanford, KY 40484**

- **William Coulter**
  628 Sierra Circle
  Stanford, KY 40484

- **Connie Crews**
  589 Indian Camp Road
  Stanford, KY 40484

- **John Dean and Lou Dean**
  160 Indian Camp Road
  Stanford, KY 40484

- **John Emerson and Doris Russell**
  310 Indian Camp Road
  Stanford, KY 40484

- **Danny Fields and Sandy Fields**
  390 Sierra Circle
  Stanford, KY 40484

- **William Gatliff**
  186 Mitchell Lane
  Stanford, KY 40484

- **Donna Lane**
  3010 Bowen Road
  Stanford, KY 40480

- **Sandra Laswell**
  222 Mitchell Lane
  Stanford, KY 40484

- **Robin Martinez**
  64 Indian Camp Road
  Stanford, KY 40484

- **Maksim Meyko and Yuliya Meyko**
  3430 Bowen Road
  Stanford, KY 40484

- **Barbara Randolph and Elwood Randolph**
  2985 Kentucky Highway 2141
  Stanford, KY 40484

- **Jamie Rodgers and Whitney Rodgers**
  245 Indian Camp Road
  Stanford, KY 40484

- **Judy Silvers**
  159 Indian Camp Road
  Stanford, KY 40484

- **Donnie Turner**
  185 Indian Camp Road
  Stanford, KY 40484

- **Vicki Taylor**
  Address not known.

- **Nancy Wade**
  327 Douglas Avenue
  Stanford, KY 40484

- **Stephen Brian Wade**
  327 Douglas Avenue
  Stanford, KY 40484

- **Shea Willman**
  478 Mitchell Lane
  Stanford, KY 40484

- **Michael Wilson**
  Address not known.

- **Scott Wilson**
  64 Indian Camp Road
  Stanford, KY 40484

- **Stephen Wood, Mary Jo Wood, and Bill Wood**
  250 Indian Camp Road
  Stanford, KY 40484

- **Patricia Worthington (Douglas)**
  10965 Lebanon Road
  Parksville, KY 40464

- Plaintiffs in *Alsman v. Texas Eastern Transmission, LP, et al.*, 5:20-cv-00375, United States District Court for the Eastern District of Kentucky

- Plaintiffs in *Baker, et al. v. Texas Eastern Transmission, LP, et al.*, 5:20-cv-00393, United States District Court for the Eastern District of Kentucky

- Plaintiffs in *Douglas v. Texas Eastern Transmission, LP, et al.*, 5:20-cv-00376, United States District Court for the Eastern District of Kentucky

- Plaintiff in *Lynn v. Texas Eastern Transmission, LP, et al.*, 5:20-cv-00377, United States District Court for the Eastern District of Kentucky

- Plaintiff in *Ray v. Texas Eastern Transmission, LP, et al.*, 5:20-cv-00392, United States District Court for the Eastern District of Kentucky

- Plaintiffs in *Workman v. Texas Eastern Transmission, LP, et al.*, 5:20-cv-00396, United States District Court for the Eastern District of Kentucky

- Plaintiff in *Reik v. Texas Eastern Transmission, LP, et al.*, Case No. 20-CI-00196, Lincoln Circuit Court, Kentucky

- Plaintiffs in *Coulter, et al. V. Texas Eastern Transmission, LP, et al*, Cause No. 2019-56490, 295th Judicial District Court of Harris County, Texas

- Plaintiffs in *Ellis et al v. Texas Eastern Transmission, LP, et al.*, Cause No. 2019-56253, 295th Judicial District Court of Harris County, Texas (consolidated with *Coulter, et al. under* Consolidated Case No. 2019-56490).

4. The following are first responders who were present around the time of the accident; the addresses listed (when known) are each individual's last known address:

    - **Assistant Chief Jimmy Coffman
      Jon Wesley, Firefighter
      William Lane, Firefighter
      Aaron Carey, Firefighter**
      Boyle County Fire Department
      1500 Lebanon Road
      Danville, KY 40422

- **Chief Cory Kitchen**
  **Major David Spanyer**
  **Captain Charles Coffey Jr.**
  **Lieutenant Chris Downs**
  **Jim Harris, Firefighter**
  **Willa Pennington, Firefighter**
  **Bobby Gobis**
  Junction City Fire Rescue
  792 W Shelby St
  Junction City, KY 40440

- **Chief Scott Maples**
  **Conner Maples, Firefighter**
  Stanford City Fire Department
  400 E Main Street
  Stanford, KY 40484

- **John King, Firefighter**
  **Ben Atwood, Firefighter**
  **Lewis Allen, Firefighter**
  Liberty Fire Department
  51 Jockey Street
  Liberty, KY 42539

- **Brandon Long, Firefighter**
  **Ernie Richards, Firefighter**
  **Gale Scott, Firefighter**
  **John Harris, Firefighter**
  **Tim Skaggs, Firefighter**
  **Troy Scott, Firefighter**
  **Dennis Allen, Firefighter**
  **Albert Buck, Firefighter**
  Brush Creek Volunteer Fire Department
  22 Chelf Ridge Road
  Hustonville, KY 40437

- **Robbie Murphy, Firefighter**
  **Brandon Burton, Firefighter**
  **Kenny Durham, Firefighter**
  **Derrick Pendleton, Firefighter**
  **Zach Hatter, Firefighter**
  **Freddy Cook Firefighter**
  **Chase Payne, Firefighter**
  **Brandon High, Firefighter**
  East Casey Volunteer Fire Department
  2480 W Ky Hwy 198 HWY SW

7

    Middleburg, KY 42541

- **John King, Firefighter**
  **Chris Atwood, Firefighter**
  **Joe Atwood, Firefighter**
  **Steven Sellers, Firefighter**
  **Brandon Longhorn, Firefighter**
  Clementsville Volunteer Fire Department
  11298 KY-70
  Liberty, KY 42539

- **Asst Chief Billy Johnson**
  Crab Orchard Fire Department
  604 Elm Street
  Crab Orchard, KY 40419

- Lincoln County EMS
  Stanford KY 40484
  **Lincoln Co. Command Vehicle – Ashley Powell**
  **Deputy Director – Dewey Cummins**
  EMTs:

      **James Walsh**
      **Dakota Messinger**
      **Garrett Brummel**
      **DeAnn Edwards**
      **Anthony Harness**
      **Mike Ruhe**
      **Adam Grigsby**
      **Kim Morgan**
      **Misty Day**
      **Felicia Hampton**
      **Jeff Godby**
      **Josh Ruhe**
      **Dustin Goyner**
      **Josh Ledwick**
      **John Preston**

- Boyle County EMS
  1856 S Danville Bypass
  Danville KY 40422
  **Director – Mike Rogers**
  **Captain – Karen Staton**
  **Major Jonathan Wesley**
  Paramedics/EMTs:
      **Rick Mitchem**

**Jeff Russell
Lt. Andrew Green
Amanda Taylor
Jordan Parrott
Brad Ellis**

- Casey County EMS
  1167 Campbellsville St
  Liberty, KY 42539
  **Dale Knight
  Rita Dorman**

- Ky Haz-Mat 12
  **Chief Doug Baker
  Assist Chief Ryan Hughes
  Captain Steve Woods
  Lieutenant Chase Anderson**

- Lincoln County Sheriff's Department
  104 N Main Street
  Stanford, KY 40484
  **Sheriff Curt Folger
  Dewayne Taylor
  Griffin Harness
  Jimmy Vines
  Nick Adams
  Mike Martin
  Michael Mullins
  Billy Hester
  Rob Oney
  Jason Hignight
  Jake Adams**

- Stanford Police Department
  305 E Main Street
  Stanford, KY 40484
  **Preston Middleton
  TJ Godby**

- Boyle County Sheriff's Department
  321 W Main Street, #103
  Danville, KY 40422
  **Sheriff Derrick Robinson
  Constable Buck Salyers
  Chief Deputy Chris Stratton
  Donnie Moses**

9

- Danville Police Department
  445 W Main Street
  Danville, KY 40422
  **Chief Tony Gray**
  **Assistant Chief Glen Doan**
  **Sergeant Chris Wentz**
  **Officer Jacob Farley**
  **Officer Brandon Jewell**

- Kentucky State Police – Post 7
  699 Eastern Bypass
  Richmond, KY 40475
  **Pat Alford**

- Russell County Sheriff's Office
  410 Monument Sq #109
  Jamestown, KY 42629
  **Luke Hughes**

- **Doug Baker**
  Address not known.

- **Maxwell Bird**
  113 Shun Pike
  Nicholasville, KY 40356

- **Jerrod Elam**
  211 Simpson Lane
  Danville, KY 40422

- **Donnie Moses**
  103 Berwick Drive
  Danville, KY 40422

- **Colby Reik**
  107 Deer Run Drive
  Lancaster, KY 40444

- **Chris Stratton**
  Address not known.

- **Mike Wilder**
  Address not known.

5. The following are personnel, contractors, or representatives who may have participated in any investigation related to the Incident:

   - **Thomas Wooden**
   - **Andy Drake**
   - **Gary Dial**
   - **Than Phan**
   - **Rick Kivela**
   - **Gary Vervake**
   - **Nathan Atanu**

   The above individuals may be contacted via counsel for TETLP Defendants, D. Christopher Robinson; 400 West Market Street, Floor 32, Louisville, Kentucky 40202; (502) 589-5400; crobinson@fbtlaw.com.

   - **Alexandria Colletti**
   - **Michael Hiller**
   - **Rick Downs**
   - **Frank Zakar**
   - **Gery Bauman**

   The above individuals may be contacted via Benjamin Allen, Assistant General Counsel, National Transportation Safety Board, 490 L'Enfant Plaza East, S.W., Washington, DC 20594; (202) 314-6000.

6. Any medical providers listed by Plaintiffs as having treated Plaintiffs either prior to the Incident or because of the Incident.

7. Employees, representatives, or agents of TETLP Defendants, including but not limited to Jim McGuffey (deceased) and Barry Howard. These individuals may be reached through counsel for TETLP Defendants, D. Christopher Robinson; 400 West Market Street, Floor 32, Louisville, Kentucky 40202; (502) 589-5400; crobinson@fbtlaw.com.

8. Employees, representatives, or agents of NDT Systems & Services (America) Inc., NDT Systems and Services, LLC, NDT Systems and Services, Inc., NDT Global LLC d/b/a TSC Subsea Corp., and/or Weissker Molch LLC.

9. Any person identified in Plaintiffs' or any party's initial disclosures made under Rule 26(a)(1).

11

10. Any person identified in Plaintiffs', TETLP Defendants', or any party's discovery responses and/or document production.

11. All individuals and/or witnesses (including expert witnesses) hereafter identified through discovery.

## II. **All Documents in TETLP Defendants' Possession, Custody, or Control Relevant to Disputed Facts**

Based on TETLP Defendants' current knowledge and understanding, and subject to the restrictions of the NTSB investigation noted above, TETLP Defendants may use the categories of documents described below to support its claims and/or defenses. The documents are in the possession of counsel and may be inspected upon request. They will also be produced at a mutually convenient time and place; however, TETLP Defendants reserve the right to seek relief under Rule 26(c) prior to production of some or all of the documents.

TETLP Defendants make these initial disclosures without waiving any argument concerning the relevancy or admissibility of, or proper weight to be accorded to, any of the documents or information contained in the documents. And as stated above, TETLP Defendants make these initial disclosures without waiving any applicable privilege or doctrine. Discovery is continuing, and TETLP Defendants reserve the right to supplement these disclosures as appropriate and necessary.

TETLP Defendants believe that it has the following documents in its possession, custody, or control:

1. Photos and video of the Incident and the scene of the Incident, including news reports;

2. Any applicable insurance policy;

3. Reports and information obtained from any first responders, including police, fire, EMT, coroner, and others;

4. Reports (if and when available) by government investigators, including but not limited to NTSB;

    5.  Other documents as may be necessary to produce depending on the course of discovery.

The above documents are available for copying and/or inspection at a mutually agreeable time at 400 W. Market Street, 32nd Floor, Louisville, Kentucky 40202.

### III. **Computation of Damages**

TETLP Defendants are not seeking damages in this action.

### IV. **Insurance Agreement(s)**

TETLP Defendants are insured through policies of insurance as described in the attached declarations pages.

### V. **Conclusion**

In making these required disclosures pursuant to Fed. R. Civ. P. 26, TETLP Defendants have acted in good faith to provide the most complete information currently available. TETLP Defendants reserve the right to assert any applicable or appropriate objections, including but not limited to those related to: (1) disclosure of documents, data compilations, and tangible things that contain confidential, proprietary and/or trade secret information; and (2) the disclosure of documents, data compilations, and tangible things that contain information subject to the attorney client privilege, the work product doctrine, or any other applicable privilege or doctrine that restricts or prohibits the discovery of documents or information. TETLP Defendants also reserve the right to further supplement these Disclosures as relevant information comes to light through discovery, but do not assume any obligations beyond those required by the Civil Rules.

    Respectfully submitted,

*/s/ D. Christopher Robinson*
Steven M. Crawford
D. Christopher Robinson
Allison W. Weyand
Liam E. Felsen
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor

                Louisville, KY 40202-3363
                Phone: (502) 589-5400
                Fax: (502) 581-1087
                scrawford@fbtlaw.com
                crobinson@fbtlaw.com
                aweyand@fbtlaw.com
                lfelsen@fbtlaw.com

*Counsel for Defendants, Texas Eastern Transmission, LP, Spectra Energy Operating Company, LLC, Spectra Energy Transmission Resources, Inc., Spectra Energy Transmission Services, LLC, Spectra Energy, LLC, and Enbridge (U.S.) Inc.*

## CERTIFICATE OF SERVICE

It is hereby certified that on October 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Tanner H. Shultz
MORGAN & MORGAN, KENTUCKY PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Phone: (859) 219-4529
Fax: (859) 367-6146
tshultz@forthepeople.com
*Counsel for Plaintiffs*

                */s/ D. Christopher Robinson*
                *Counsel for Defendants, Texas Eastern Transmission, LP, Spectra Energy Operating Company, LLC, Spectra Energy Transmission Resources, Inc., Spectra Energy Transmission Services, LLC, Spectra Energy, LLC, and Enbridge (U.S.) Inc.*

0140392.0723273   4848-4335-8160v1