UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*Electronically Filed*

| | |
|---|---|
| DAVID DOLEN, Individually and as Administrator of Estate of LISA DOLEN, Deceased<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TEXAS EASTERN TRANSMISSION, LP, et al.<br><br>　　　　　　Defendants. | CASE NO. 5:20-CV-00096-JMH |

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

By agreement of Plaintiffs David Dolen, Individually and as Administrator of the Estate of Lisa Dolen (collectively, "Plaintiffs") and Defendants Texas Eastern Transmission, LP, Spectra Energy Operating Company, LLC, Spectra Energy Transmission Services, LLC, Spectra Energy, LLC f/k/a Spectra Energy Corp., and Enbridge (U.S) Inc. (collectively "TETLP Defendants"), by counsel, and the Court being otherwise fully and sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims Plaintiffs have asserted against the TETLP Defendants are hereby **DISMISSED** in their entirety and with prejudice, with each party to bear its own costs.

IT IS SO ORDERED this 24th day of June, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

**HAVE SEEN AND AGREED**:

| | |
|---|---|
| */s/ D. Christopher Robinson* | */s/ Tanner H. Shultz w/permission* |
| Steven M. Crawford | Tanner H. Shultz |
| D. Christopher Robinson | MORGAN & MORGAN KENTUCKY PLLC |
| Allison W. Weyand | 333 West Vine Street, Suite 1200 |
| Liam E. Felsen | Lexington, KY 40507 |
| FROST BROWN TODD LLC | Phone: (859) 219-4529 |
| 400 West Market Street, 32nd Floor | Fax: (859) 367-6146 |
| Louisville, KY 40202-3363 | tshultz@forthepeople.com |
| Phone: (502) 589-5400 | *Counsel for Plaintiffs* |
| Fax: (502) 581-1087 | |
| scrawford@fbtlaw.com | |
| crobinson@fbtlaw.com | |
| aweyand@fbtlaw.com | |
| lfelsen@fbtlaw.com | |
| *Counsel for Defendants,* | |
| *Texas Eastern Transmission, LP, Spectra* | |
| *Energy Operating Company LLC, and* | |
| *Spectra Energy Transmission Services, LLC* | |